DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
FABIAN PEDROZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br> FABIAN PEDROZA,             )<br>                             )<br>          Defendant.         )<br>                             )<br>_____) | Case No. 2:08-cr-00487-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: November 20, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C.<br>       England Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, FABIAN PEDROZA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, November 20, 2008 be continued to Thursday, December 18, 2008 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for December 18, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 18, 2008        Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                FABIAN PEDROZA

DATED: November 18, 2008        McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Benjamin Galloway for
                                DANIEL MCCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 18, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE