1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   FABIAN PEDROZA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,    )
12                              )   Cr.S. 08-487-MCE
              Plaintiff,        )
13                              )   **STIPULATION AND ORDER**
         v.                     )
14                              )   DATE: February 12, 2009
   FABIAN PEDROZA,              )   TIME: 9:00 a.m.
15                              )   JUDGE: Hon. Morrison C. England Jr.
              Defendant.        )
16                              )
   _____ )
17

18      It is hereby stipulated and agreed to between the United States of

19 America through DANIEL MCCONKIE, Assistant U.S. Attorney, and

20 defendant, FABIAN PEDROZA by and through his counsel, BENJAMIN

21 GALLOWAY, Assistant Federal Defender, that the status conference set

22 for Thursday, February 12, 2009 be continued to Thursday, March 5, 2009

23 at 9:00 a.m..

24      The reason for this continuance is to allow defense counsel

25 additional time to review discovery with the defendant, to examine

26 possible defenses and to continue investigating the facts of the case.

27 In addition, defense counsel has requested but not yet received

28 superior court and prison records relating to Mr. Pedrosa.  Additional

time is required to obtain and review these records.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 5, 2009 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 9, 2009    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    FABIAN PEDROZA

DATED: February 9, 2009    LAWRENCE G. BROWN
                                    Acting United States Attorney

                                    /s/ Benjamin Galloway for
                                    DANIEL MCCONKIE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 5, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: February 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE